UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL SLEDGE,

      Plaintiff,

v.                                                                Case No. 06-14961
                                                            Honorable Patrick J. Duggan
DAIMLERCHRYSLER, INC. and
HUGH SCOTT,

      Defendants.
_____/

## ORDER EXTENDING STAY

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on August 6, 2007.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                   U.S. DISTRICT COURT JUDGE

On May 24, 2007, the Court stayed this action for 90 days. For the reasons set forth in a letter to the parties dated today, the Court is extending the stay until October 1, 2007.

**SO ORDERED**.

                                            s/PATRICK J. DUGGAN
                                            UNITED STATES DISTRICT JUDGE

Copies to:
Earl Sledge
Lawrence J. Murphy, Esq.
Brett A. Rendeiro, Esq.