UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL SLEDGE,

        Plaintiff,

v.                                     Case No. 06-14961
                                        Honorable Patrick J. Duggan

DAIMLERCHRYSLER, INC. and
HUGH SCOTT,

        Defendants.
_____/

## ORDER LIFTING STAY

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on October 29, 2007.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                  U.S. DISTRICT COURT JUDGE

On May 24, 2007, this Court stayed the above-entitled action for 90 days to

provide the bankruptcy court the opportunity to rule on Plaintiff's motion to reopen his

bankruptcy case and for the bankruptcy trustee, Homer W. McClarty, to decide whether

to abandon Plaintiff's claim against Defendants or seek to intervene in this matter.

On May 30, 2007, the bankruptcy court entered an order reopening Plaintiff's

bankruptcy case. In response to a letter Mr. McClarty sent to the Court on July 26, 2007,

indicating that he needed more time to review the merits of Plaintiff's claim against

Defendants in this matter, the Court entered an order on August 6, 2007, extending the

stay until October 1, 2007.  On October 11, 2007, Mr. McClarty sent a letter to this Court,

indicating that he intends to abandon whatever interest Plaintiff's bankruptcy estate may

have in the pending lawsuit.  The Court therefore finds no reason why the pending lawsuit

cannot proceed.

Accordingly,

**IT IS ORDERED**, that the stay in this matter is **LIFTED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Earl Sledge
Lawrence J. Murphy, Esq.
Brett A. Rendeiro, Esq.